UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00033-D

LONESOURCE, INC.,

      Plaintiff,

v.

UNITED STATIONERS SUPPLY CO.,

      Defendant.

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This matter comes before the Court on the Motion of United Stationers Supply Co. ("United) for Leave to File Under Seal Exhibit 1 to its Brief in Support of its Motion to Dismiss.

WHEREAS, United contends that it will be helpful to the Court to review the Contract which is Exhibit 1 to United's Memorandum in Support of Its Motion to Dismiss; and

WHEREAS, the terms of the Contract are Confidential; and

WHEREAS, United and Plaintiff agree that this confidential, non-public business information should be protected against public disclosure;

THEREFORE, upon consideration of United's Motion for Leave to File Under Seal Exhibit 1 to its Memorandum in Support of its Motion to Dismiss, it is hereby

ORDERED that United's Motion for Leave to File Under Seal Exhibit 1 to its Memorandum in Support of its Motion to Dismiss is hereby GRANTED, and United will file Exhibit 1 to its Brief in Support of its Motion to Dismiss under seal.

SO ORDERED. This 26 day of July 2011.

JAMES C. DEVER III
United States District Judge

2