IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Case No. 5:11-cv-00033-D**

| | |
|---|---|
| LONESOURCE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATIONERS SUPPLY CO, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) and Rule 41(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 41(c) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lonesource, Inc. and Defendant United Stationers Supply Co, stipulate to the dismissal with prejudice of all claims and counterclaims in this action. Each party will bear its own respective attorney's fees and costs.

This the 3rd day of July, 2013

| | |
|---|---|
| /s/ A Graham Shirley | /s/ Mark A. Finkelstein |
| N.C. State Bar No. 16052 | N.C. State Bar No. 13187 |
| Shirley & Adams, PLLC | Smith Moore Leatherwood |
| 115 West Morgan Street | P.O. Box 27525 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| Telephone : 919-899-6278 | Telephone: 919-755-8834 |
| Facsimile: 919-899-6279 | Facsimile: 919-838-3125 |
| grahamshirley@shirley-adams.com | mark.finkelstein@smithmoorelaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

.

## CERTIFICATE OF SERVICE

  I, A. Graham Shirley, do hereby certify that on July 3, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to Defendant United Stationers, Inc.

            /s/ A Graham Shirley
            N.C. State Bar No. 16052
            Shirley & Adams, PLLC
            115 West Morgan Street
            Raleigh, NC 27601
            Telephone : 919-899-6278
            Facsimile: 919-899-6279
            grahamshirley@shirley-adams.com
            Attorneys for Plaintiff